**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Robert E. HOLMES, Defendant—
Appellant.**

No. 04–4528.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2005.

Decided: April 1, 2005.

Steven A. Allen, Hodes, Ulman, Pessin & Katz, P.A., Towson, Maryland, for Appellant.

Thomas M. DiBiagio, United States Attorney, Michael J. Leotta, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

A jury convicted Robert E. Holmes of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) (2000). He appeals his conviction on the ground that the district court abused its discretion in admitting certain evidence. We have reviewed the parties' briefs, the joint ap-

pendix, and the supplemental joint appendix and conclude that there was no abuse of discretion in the admission of the challenged evidence. *See United States v. Hodge*, 354 F.3d 305, 312 (4th Cir.2004) (stating standard of review). Accordingly, we affirm Holmes' conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*